ALEX G. TSE
Acting United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
BEATRICE NA, CSBN 303390
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St. Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8967
    Facsimile: (415) 744-0134
    E-mail: beatrice.na@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY LEWIS BELVIN III, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 4:18-cv-02637-KAW <br><br> JOINT STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended from November 7, 2018 to December 12, 2018. This is Defendant's first request for an extension of time to respond to Plaintiff's Motion for Summary Judgment.

Defendant requests this extension due to her counsel's heavy workload. Defendant's counsel is currently responsible for a Social Security appeal before the United States Court of Appeals for the Ninth Circuit, in addition to six cases that require imminent briefing in the United States District Courts for the Eastern District, Northern District and Southern District of California, as well as legal opinion assignments that advise components within the Social

Security Administration in the administration of benefits under the Social Security Act. Defendant's counsel will also be out of the office from November 19 to November 23 for Thanksgiving holiday.

Defendant's counsel respectfully requests this additional time to expend the necessary time to review the record and to evaluate the four issues Plaintiff raised, and to submit Defendant's response to Plaintiff's motion for review by this Court.

The parties further stipulate that all subsequent deadlines set forth in the Court's Procedural Order for Social Security Review Actions shall be extended accordingly.

The parties stipulate in good faith, with no intent to prolong proceedings unduly.

Respectfully submitted,

Dated: November 6, 2018  */s/ Beatrice Na for Angelica Dias *
(* As authorized via email on November 6, 2018)
ANGELICA DIAS

Attorney for Plaintiff

Dated: November 5, 2018  ALEX G. TSE
Acting United States Attorney

By:  */s/ Beatrice Na*
BEATRICE NA
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: 11/8/18

THE HONORABLE KANDIS WESTMORE
United States Magistrate Judge