UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LEWIS BELVIN,<br>Plaintiff,<br>v.<br>NANCY A. BERRYHILL,<br>Defendant. | Case No. 4:18-cv-02637-KAW<br>**JUDGMENT**<br>Re: Dkt. No. 25 |

On September 30, 2019, the Court granted Plaintiff's motion for summary judgment and denied Defendant's cross-motion for summary judgment, and remanded the case for an immediate award of benefits. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Plaintiff and against Defendant. The Clerk of Court shall close the file in this matter.

IT IS SO ORDERED.

Dated: September 30, 2019

_Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge